**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24 B 02026 |
| | ) | |
| OLIVO SANTIAGO-MADERA | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | JUDGE: DONALD R. CASSLING |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on April 11, 2024, at 10:00 a.m., I will appear before the Honorable Judge DONALD R. CASSLING or any judge sitting in the judge's place, **either** in Courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604 **or** electronically as described below, and present the motion of trustee to Objection to Claim of Exemptions, a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

> **To appear by Zoom using the internet,**  go to this link: https://www.zoomgov.com/.  Then enter the meeting ID and passcode.
>
> **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.
>
> **Meeting ID and passcode.**  The meeting ID for this hearing is 161 414 7941 and the passcode is 619.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Respectfully Submitted,

/s/ Thomas H. Hooper
THOMAS H. HOOPER
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL  60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24 B 02026 |
| | ) | |
| OLIVO SANTIAGO-MADERA | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | JUDGE: DONALD R. CASSLING |

## OBJECTION TO CLAIM OF EXEMPTIONS

Now comes Thomas H. Hooper, Chapter 13 Trustee, hereby objecting to the exemptions claimed by Debtor, and in support thereof states as follows:

1. On February 14, 2024, the Debtor filed a voluntary petition for bankruptcy relief under Title 11, Chapter 13 of the U.S. Code and relief was ordered thereon.

2. The Court has jurisdiction over this Objection pursuant to 28 U.S.C. Section 1334(b) and 11 U.S.C. Section 522.

3. Venue is proper in this Court pursuant to 28 U.S.C. Section 1408 and/or Section 1409.

4. On February 14, 2024, Debtor filed Schedule C, (Exhibit A), improperly claiming exemptions allowed by the State of Illinois, which debtor is not entitled to because according to Part 1, Paragraph of the Statement of Financial Affairs filed as part of her Petition, and her testimony at the 341 meeting of creditors she has not resided in the State of Illinois for 730 days immediately preceding the filing of the petition, as said paragraph and her testimony states that she resided in the State of Texas from 2017 to February 22, 2024, 11 U.S.C. Section 522(b)(3)(A).

WHEREFORE, based on the foregoing, the Trustee requests an order disallowing the claim and for any other relief the court deems just and proper.

Respectfully Submitted,

/s/ Thomas H. Hooper
THOMAS H. HOOPER
Dated: March 26, 2024
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified by first class mail on March 26, 2024.

| | |
|---|---|
| David M Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL  60090 | *via CM/ECF* |
| Olivo Santiago-Madera<br>3635 N. Drake Ave.<br>Chicago, IL  60618 | *via First-Class Mail* |
| Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn St., Room 873<br>Chicago, IL  60604 | *via CM/ECF* |

/s/ Thomas H. Hooper
THOMAS H. HOOPER
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900